IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


STEVEN JUNIOR MABLE, CW-1531,      )
      Petitioner,                )
                                   )  2:17-CV-1612
          v.                 )
                                   )
ROBERT GILMORE,                )
      Respondent.              )


MEMORANDUM and ORDER


Steven Junior Mable, an inmate at the State Correctional Institution – Green has presented a petition pursuant to 28 U.S.C. § 2241 seeking to challenge his life sentence imposed by the Court of Common Pleas of York County, Pennsylvania at CP-47-CR-4335-1994.[1]

It is provided in 28 U.S.C. §2241(d) that:

> Where an application for a writ of habeas corpus is made by a person in custody under the judgment and sentence of a State court of a state which contains two or more Federal judicial districts, the application may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced him and each of such district courts shall have concurrent jurisdiction to entertain the application. The district court for the district wherein such an application is filed in the exercise of its discretion and in furtherance of justice may transfer the application to the other district court for hearing and determination.

While the petitioner is in custody in the Western District of Pennsylvania, the trial court which sentenced him is located in York County, which is located in the Middle District of Pennsylvania. It, therefore, would appear that the interests of justice would best be served by transferring the petition to the United States District Court for the Middle District of Pennsylvania.

An appropriate Order will be entered.

---

[1] The petition was originally filed in the United States District Court for the Southern District of New York and transferred to this Court where petitioner's custodian is located.

ORDER

   AND NOW, this 14th day of December, 2017, for the reasons set forth in the foregoing Memorandum,

   IT IS ORDERED that if he objects to the transfer, the petitioner do so on or before December 28, 2017;

   IT IS FURTHER ORDERED that if no objections are filed the case will be transferred after that date to the United States District Court for the Middle District of Pennsylvania for further proceedings.

        s/ Robert C. Mitchell
        United States Magistrate Judge