**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STEVEN JUNIOR MABLE** | : | |
| **Petitioner** | : | **CIVIL ACTION NO. 3:17-2392** |
| **v.** | : | **(JUDGE MANNION)** |
| **ROBERT GILMORE** | : | |
| **Respondent** | : | |

## <u>ORDER</u>

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Judge Mehalchick's Report (Doc. 13) is **ADOPTED IN ITS ENTIRETY**;

**(2)** Mable's objections (Doc. 14) are **OVERRULED**;

**(3)** Mable's petition for writ of habeas corpus (Doc. 1) is **DISMISSED**;

**(4)** Mable's request for the appointment of counsel (Doc. 11), motion to expedite (Doc. 16), and motion for a restraining order and permanent injunction (Doc. 17) are **DISMISSED AS MOOT**;

**(5)** The Court **DECLINES** to issue a certificate of appealability; and

**(6)** The Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*

**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 22, 2019**
O:\MANNION\SHARED\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-2392-01-ORDER.DOCX